NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNEREN TECHNOLOGIES CORP., CAN SOFTTECH, INC., JCS SOLUTIONS LLC, THE PROSPECTIVE GROUP, INC.,**
*Plaintiffs*

**EKAGRA PARTNERS, LLC,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**BRIGHTPOINT, LLC, RIVA SOLUTIONS, INC., PROGOV PARTNERS LLC, ITC-DE, LLC, DBA DOTIT, KONIAG MANAGEMENT SOLUTION, LLC, HALVIK CORP., T AND T CONSULTING SERVICES, INC.,**
*Defendants*

---

2024-1369

---

Appeal from the United States Court of Federal Claims in Nos. 1:23-cv-01112-EHM, 1:23-cv-01115-EHM, 1:23-cv-01125-EHM, 1:23-cv-01132-EHM, 1:23-cv-01139-EHM, Judge Edward H. Meyers.

**SYNEREN TECHNOLOGIES CORP., EKAGRA PARTNERS, LLC, JCS SOLUTIONS LLC, THE PROSPECTIVE GROUP, INC.,**
*Plaintiffs*

**CAN SOFTTECH, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**BRIGHTPOINT, LLC, RIVA SOLUTIONS, INC., PROGOV PARTNERS LLC, ITC-DE, LLC, DBA DOTIT, KONIAG MANAGEMENT SOLUTION, LLC, HALVIK CORP., T AND T CONSULTING SERVICES, INC.,**
*Defendants*

————————————

2024-1424

————————————

Appeal from the United States Court of Federal Claims in Nos. 1:23-cv-01112-EHM, 1:23-cv-01115-EHM, 1:23-cv-01125-EHM, 1:23-cv-01132-EHM, 1:23-cv-01139-EHM, Judge Edward H. Meyers.

————————————

**ON MOTION**

————————————

PER CURIAM.

**O R D E R**

SYNEREN TECHNOLOGIES CORP. v. US                    3

Upon consideration of Ekagra Partners, LLC's unopposed motion to voluntarily dismiss appeal no. 2024-1369 pursuant to Federal Rule of Appellate Procedure 42(b)(2) with each side to bear its own costs and fees,

IT IS ORDERED THAT:

(1)  The motion is granted. Appeal no. 2024-1369 is dismissed with each side to bear its own costs and fees.

(2)  The revised official caption for appeal no. 2024-1424 is reflected above.

FOR THE COURT

August 8, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (as to 2024-1369 only): August 8, 2025